UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY WAYNE SWAIN
WASHINGTON, JR,

    Plaintiff,

v.                                           Case No: 6:24-cv-1606-JSS-LHP

LAKESIDE VILLAS APARTMENT,
APARTMENT PROPERTY
MANAGEMENT SERVICES LLC,
ROGER CARPENTER, and
MICHELLE MORA,

    Defendants.
_____/

**<u>ORDER</u>**

On June 13, 2025, the court dismissed the amended complaint (Dkt. 4) without prejudice and permitted Plaintiff, proceeding pro se, to file an amended complaint on or before July 3, 2025.  (Dkt. 25.)  Because Plaintiff did not file an amended complaint or request an extension of time to do so before this deadline expired, the June 13, 2025 order became a final judgment on July 3, 2025.  *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 720 (11th Cir. 2020) ("[A]n order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires without the plaintiff seeking an extension.  And when the order becomes a final judgment, the district court loses all its prejudgment powers to grant any more extensions of time to amend the complaint." (citation and quotation omitted)).

- 2 -

Accordingly:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment accordingly, to terminate any pending motions and deadlines, and to close the case.

**ORDERED** in Orlando, Florida, on July 23, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party